# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140717(75)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                           SC: 140717
                           COA: 288389
RICHARD TOWNSEND,             Wayne CC: 07-011060-FC
    Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010                                          _____
d1115                                               Clerk